IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
C & H PARTNERSHIP,              )
                                )
            Plaintiff,          )
                                )
     v.                         )    1:04CV00323
                                )
SHAW INDUSTRIES GROUP, INC.,    )
                                )
            Defendant.          )
```

### J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that defendant's motion for summary judgment (docket no. 17) be, and the same hereby is, granted and that this action is dismissed.

_____
United States Magistrate Judge

May 4, 2006